```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOVANNY DOMINGUEZ, for himself and on behalf of
all other persons similarly situated

                              Plaintiff,    :    20-cv-0140 (LJL)

       -v-    :    ORDER ADOPTING RECOMMENDATION

INA DESIGNS, INC.,

                             Defendant.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Fed. R. Civ. P. 41(b) "gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute." *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

     On May 15, 2020, Magistrate Judge Cave recommended that the case be dismissed without prejudice for failure to prosecute. *See* Dkt. No. 9. No party has objected.

     For the reasons set forth in Judge Cave's Order Recommending Dismissal, which is ADOPTED, this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to close the case.

     SO ORDERED.

Dated: June 2, 2020  
       New York, New York

                                                     LEWIS J. LIMAN  
                                                     United States District Judge